UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER WATSON<br>#1000277867 | CIVIL ACTION |
| VERSUS | NO. 19-00911 |
| JEFFERSON PARISH<br>CORRECTIONAL CENTER, ET AL. | SECTION: "B"(3) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim against the Jefferson Parish Correctional Center is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claim against CorrectHealth Jefferson, LLC, is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 22nd day of March, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE